UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL DEAN HUGHES, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 7:14-CV-96-KS |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of Social Security* | ) | |
| *Administration*, | ) | |
| Defendant. | ) | |
| | ) | |

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for

Judgment on the Pleadings [DE-22] , grants the Defendant's Motion for Judgment on the Pleadings

[DE-29] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 5/28/2015, *with electronic service* upon the following:

Paula Jill Wright
*Plaintiff's counsel*

Ian D. Maguire
*Plaintiff's counsel*

Mark J. Goldenberg
*Defendant's counsel*

                                        **JULIE RICHARDS JOHNSTON,**
                                        CLERK, U.S. DISTRICT COURT


May 28, 2015                            /s/ *Shelia D. Foell*
                                        Deputy Clerk of Court